# United States District Court

## WESTERN DISTRICT OF NORTH CAROLINA

*FILED*
*CHARLOTTE, N.C.*
*2005 MAY 18 PM 2: 08*
*U.S. DISTRICT COURT*
*W. DIST. OF N.C.*

| | | |
|---|---|---|
| United States of America | ) | |
| | ) | |
| vs | ) | |
| | ) | |
| Margaret C Smith | ) | Case No. 3:04cr257-01-Mck |

### CONSENT TO MODIFY CONDITIONS OF RELEASE

I, Margaret C Smith, have discussed with Mark Hall, Probation Officer, modification of my release as follows: To strike the 9:00pm curfew. All other conditions remain the same.

I consent to this modification of my release conditions and agree to abide by this modification.

_____     4-20-06
Signature of Defendant                Date

This Modification Order has been discussed with AUSA Michael Savage, and he/she concurs with my recommendation.

_____     4-20-05
USPO Mark Hall                        Date

Reviewed and Approved: _____     5/16/05
                SUSPO Jeffrey L. Helms             Date

I have reviewed the conditions with my client and concur that this modification is appropriate.

_____     _____
Signature of Defense Counsel         Date

[X]   The above modification of conditions of release is ordered, to be effective on 5/16/05.

[ ]   The above modification of release is not ordered.

_____     5/16/05
Carl Horn, III                       Date
U.S. Magistrate Judge

cc:   AUSA        Defendant        Defense Attorney        PSI Officer

**DOCUMENT SCANNED**