UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| UNITED STATES OF AMERICA | ) | DOCKET NO. 3:04CR257-W |
|---|---|---|
| v. | ) | ORDER |
| (01) MARGARET C. SMITH | ) | |

THIS MATTER is before the Court on the United States' Motion to Revoke Order of Release and for Detention, filed November 14, 2006. This Court, having considered the Motion, orders that an arrest warrant be issued for the Defendant to appear at a hearing on the United States' Motion.

IT IS, THEREFORE, ORDERED that an arrest warrant be issued for the Defendant to appear at a hearing on the United States' Motion to Revoke Order of Release and for Detention, which shall be held on a date to be later determined by the Court.

Signed: February 13, 2007

Frank D. Whitney
United States District Judge