IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

DOCKET NO. 3:04-CR-257-FDW

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| MARGARET C. SMITH, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

**THIS MATTER** is before the Court on Defendant's *pro se* motions ( Doc # 95, 102, 103 & 104) for "further reduction" of her sentence pursuant to 18 U.S.C. § 3582(c)(2) and the new crack cocaine sentencing guidelines. Defendant's motions are DENIED for the reasons stated in the Court's prior Order (Doc. Nos. 93).

IT IS SO ORDERED.

Signed: October 7, 2009

Frank D. Whitney
United States District Judge